# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STU SHERMAN,<br><br>　　　　　Defendant. | 1:17-cv-00479-AWI-GSA-PC<br><br>**ORDER EXTENDING DISPOSITIVE MOTION FILING DEADLINE FROM MARCH 29, 2019 TO APRIL 29, 2019 FOR ALL PARTIES**<br>**(ECF No. 20.)**<br><br>**New dispositive motion deadline - 04/29/2019** |

## NOTICE OF EXTENSION OF DEADLINE

On August 28, 2018, the court issued a discovery and scheduling order in this case, opening discovery and setting out pretrial deadlines. (ECF No. 20.) Due to mechanical error, the dispositive motion filing deadline was set for March 29, 2019, instead of April 29, 2019. As correction, the deadlines shall now be set as follows:

　　　　**Exhaustion Motion Filing Deadline -- 11/28/2018**
　　　　**Deadline to Amend Pleadings -- 12/26/2018**
　　　　**Discovery Deadline -- 02/28/2019**
　　　　**New Dispositive Motion Filing Deadline -- 04/29/2019**

All other provisions of the August 28, 2018 discovery and scheduling order remain the same.

IT IS SO ORDERED.

　Dated: __**August 30, 2018**__　　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE