# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>STU SHERMAN,<br><br>    Defendant. | Case No.: 1:17-cv-00479-AWI-GSA (PC)<br><br>NOTICE AND ORDER THAT INMATE EDWARD B. SPENCER, CDC #F-32221, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The settlement conference in this matter concluded on January 29, 2019. Plaintiff inmate Edward B. Spencer, CDC #F-32221, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated: __**January 29, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                                                                  UNITED STATES MAGISTRATE JUDGE